KEVIN G. HORBATIUK (KGH-4977)
MATTHEW P. MAZZOLA (MM-7427)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

**IN RE COMBINED WORLD TRADE CENTER AND LOWER MANHATTAN DISASTER SITE LITIGATION** — **21 MC 103 (AKH)**

-------------------------------------------------------------------X

**ZBIGNIEW SZYNKOWSKI (AND WIFE, EWA SZYNKOWSKA,** — **DOCKET NO: 08 CV 2308**

**Plaintiffs,**

**-against-**

**7 WORLD TRADE COMPANY, L.P., A RUSSO WRECKING, INC., ABM INDUSTRIES INC., ABM JANITORAL NORTHEAST, INC., AMEC MANAGEMENT, INC., AMEC EARTH ENVIRONMENTAL, INC., ANTHONY CORTESE SPECIALIZED HAULING LLC., ATLANTIC HEYDT CORP., BECHTEL ASSOCIATES PROFESSIONAL CORPORATION; BECHTEL CONSTRUCTION, INC., BECHTEL CORPORATION; BECHTEL ENVIRONMENTAL INC., BERKEL & COMPANY, CONTRACTORS, INC., BIG APPLE WRECKING & CONSTRUCTION CORP., BOVIS LEND LEASE LMB, INC., BREEZE CARTING CORP., BREEZE NATIONAL INC., BRER-FOUR TRANSPORTATION CORP., BURO HAPPOLD CONSULTING ENGINEERS, P.C., C.B. CONTRACTING CORP., CANRON CONSTRUCTION COP., CORD CONTRACTING CO., INC., DAKOTA DEMO TECH; DIAMOND POINT EXCAVATING CORP., DIEGO CONSTRUCTION, INC., DIVERSIFIED CARTING, INC., DMT ENTERPRISE, INC., D'ONOFRIO GENERAL CONTRACTORS CORP., EAGLE LEASING & INDUSTRIAL SUPPLY INC., EAGLE ONE ROOFING**

**NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT**

CONTRACTORS, INC., ED DAVIES, INC., EN-TECH
CORP., EVERGREEN RECYCLING OF CORONA
(EROC) EWELL W. FINLEY, P.C., EXECUTIVE
MEDICAL SERVICES, P.C, FLEET TRUCKING, INC.,
FRANCIS A. LEE EXTERIOR RESTORATION; INC.,
FTI TRUCKING, INC., GILSANZ, MURRAY & STEFICEK
LLP., GOLDSTEIN KOCH SKANSKA INC., LAQUILA
CONSTRUCTION INC., LASTRADA GENERAL
GENERAL CONTRACTING CORP., LESLIE E.
ROBERTSON ASSOCIATES CONSULTING
ENGINEERS, P.C., LIBERTY MUTUAL GROUP;
LOCKWOOD, KESSLER & BARTLESS, INC.
LUCIUS PITKIN, INC., LZA TECH-DIV OF
THORTON TOMASTEEI, MANAFORT
BROTHERS INCORPORATED; MAZZOCCHI
WRECKING INC., HUDSON MERIDIAN CONSTRUCTION
GROUP; LLC F/K/A MERIDIAN CONSTRUCTION CORP.,
MORETRENCH AMERICAN CORP., MRA
ENGINEERING, P.C., MUESER RUTLEDGE
CONSULTING ENGINEERS, INC., NACIREMA
INDUSTRIES INCORPORATED; NEW YORK
CRANE & EQUIPMENT CORP., NICHOLSON
CONSTRUCTION COMPANY; PETER SCALAMANDRE
& SONS, INC., PINNACLE ENVIRONMENTAL CORP.,
PLAZA CONSTRUCTION CORP., PLAZA
CONSTRUCTION CORP., PRO SAFETY SERVICES, LLC.;
PT & L CONTRACTING CORP., ROBERT SILMAN
ASSOCIATES, ROBERT L. GEROSA, INC., RODAR
ENTERPRISES, INC., ROYAL GM, INC.,
SAB TRUCKING INC., SAFEWAY ENVIRONMENTAL
CORP., SEASONS INDUSTRIAL CONTRACTING;
SEMCOR EQUIPMENT & MANUFACTURING CORP.,
SILERITE CONTRACTING CORPORATION; SIMPSON
GUMPERTZ & HEDGER, INC., SKIDMORE, OWING &
MERRILL LLP; SURVIVAIR, TISHMAN CONSTRUCTION
CORPORATION OF MANHATTAN; TISHMAN
CONSTRUCTION CORPORATION OF NEW YORK;
TISHMAN INTERIORS CORPORATION; TISHMAN
SPEYER PROPERTIES; THORTON-TOMASETTI, GROUP,
INC., TORRETTA TRUCKING, INC., TOTAL SAFETY
CONSULTING, LLC., TUCCI EQUIPMENT RENTAL CORP.,
TULLY CONSTRUCTION O., INC., TURNER CONSTRUCTION
COMPANY; ULTIMATE DEMOLITION CS HAULING
(JOINT VENTURE);  VOLLMER  ASSOCIATES LLP.,
WEEKS MARINE INC., WEIDLINGER ASSOCIATES,

CONSULTING ENGINEERS, P.C., WHITNEY CONTRACTING INC., WOLKOW-BRAKER ROOKING CORP., WORLD TRADE CENTER PROPERTIES, LLC., WSP CANTOR SEINUK, YANUZZI & SONS, INC., YONKERS CONTRACTING COMPANY, INC., YORK HUNTER CONSTRUCTION, LLC., ZIEGENFUSS DRILLING, INC.,

OFF SITE:

100 CHURCH, LLC, 160 WATER STREET, INC., 160 WATER STREET ASSOCIATES, 90 CHURCH STREET LIMITED PARTNERSHIP, AIG REALTY, ALAN KASMAN DBA KASCO, AMBIENT GROUP, INC., AMG REALTY PARTNERS, LP., LTD., ANN TAYLOR STORES CORPORATION, BANKERS TRUST COMPANY, BATTERY PARK CITY AUTHORITY, BELFOR USA GROUP, INC., BFP ONE LIBERTY PLAZA CO., LLC., BLACKMON-MOORING STEAMATIC CATASTOPHE, INC., d/b/a BMS CAT, BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM, BOSTON PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS, LP, BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES HOLDING, INC., BT PRIVATE CLIENTS CORP., CUNNINGHAM DUCT DEUTSCHE BANK TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, DEUTSCHE BANK TRUST CORPORATION, ENVIROTECH CLEAN AIR, INC., G.L.O. MANAGEMENT, INC., GENERAL RE SERVICES CORP., GPS ENVIRONMENTAL CONSULTANTS, INC., HILLMAN ENVIRONMENTAL GROUP, LLC HUDSON VIEW EAST CONDOMINIUM, HUDSON VIEW TOWERS ASSOCIATES, INDOOR ENVIRONMENTAL TECHNOLOGY, INC., JONES LANG LASALLE AMERICAS, INC., JONES LANG LASALLE SERVICES, INC., KASCO RESTORATION SERVICES CO., LAW ENGINEERING, P.C., MERRILL LYNCH & CO., INC., NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC., NEW LIBERTY PLAZA LP.,


**NEW YORK CITY INDUSTRIAL DEVELOPMENT, AGENCY, NEW YORK CITY INDUSTRIAL DEVELOPMENT CORPORATION, NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., ONE LIBERTY PLAZA, ONE WALL STREET HOLDINGS, LLC., R Y MANAGEMENT CO., INC., ROYAL AND SUNALLIANCE INSURANCE GROUP, RY MANAGEMENT, STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., THAMES REALTY CO., THE BANK OF NEW YORK COMPANY, INC., THE BANK OF NEW YORK TRUST COMPANY, NA.., THE BOARD OF MANAGERS OF ONE LIBERTY PLAZA CONDOMINIUM (CONDO # 1178), THE ONE LIBERTY PLAZA CONDOMINIUM (#1178), TISHMAN INTERIORS CORPORATION, TOSCORP INC., TRC ENGINEERS, INC., TUCKER ANTHONY, INC., TULLY CONSTRUCTION CO., INC., TULLY INDUSTRIES, INC., WESTON SOLUTIONS, INC., WFP ONE LIBERTY PLAZA CO., L.P., WFP ONE LIBERTY PLAZA CO. GP, CORP., WFP TOWER A CO., WFP TOWER A CO., G.P. CORP., WFP TOWER A. CO., L.P., WFP TOWER B CO., G.P. CORP., WFP TOWER B HOLDING CO., LP., WFP TOWER B. CO., L.P., WORLD FINANCIAL PROPERTIES, L.P., and ZAR REALTY MANAGEMENT CORP., ET AL**

**Defendants.**

-------------------------------------------------------------------------------------X

**PLEASE TAKE NOTICE,** that defendant **CUNNINGHAM DUCT WORK s/h/i/a CUNNINGHAM DUCT CLEANING CO., INC.** ("CUNNINGHAM"), by its attorneys, RUSSO, KEANE & TONER, LLP, as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off-Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt their Answer to Master Complaint dated, August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

**WHEREFORE**, the defendant, CUNNINGHAM demands judgment dismissing the above captioned caption action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
May 5, 2008

Kevin G. Horbatiuk
Kevin G. Horbatiuk (KGH4977)
Matthew P. Mazzola (MM7427)
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
RUSSO, KEANE & TONER, LLP
26 Broadway, 28th Floor
New York, New York 10004
(212) 482-0001
RKT File No. 824.078

TO: CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**ZBIGNIEW SZYNKOWSKI (AND WIFE, EWA SZYNKOWSKA),**
115 Broadway 12th Floor
New York, New York 10006
(212) 267-3700

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 5th day of May, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**ZBIGNIEW SZYNKOWSKI (AND WIFE, EWA SZYNKOWSKA),**
115 Broadway 12th Floor
New York, New York 10006

Kevin G Horbatiuk

**KEVIN G. HORBATIUK**