UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION        21 MC 103 (AKH)

_____

ZBIGNIEW SZYNKOWSKI AND EWA SZYNKOWSKA,    08-CIV-2308 (AKH)

        Plaintiffs,

  -against-


100 CHURCH, LLC, ET. AL.,

        Defendants.
_____

## NOTICE OF APPEARANCE

      Please enter the appearances of John J. Henry, Esq., and William S. Nolan of the law firm of Whiteman Osterman & Hanna LLP, as counsel for Defendant TRC Engineers, Inc. in the above-captioned actions.

Dated:  Albany, New York
      May 15, 2008          WHITEMAN OSTERMAN & HANNA LLP

                        /s/ John J. Henry
               BY: _____
                        John J. Henry (JH-7137)
                        William S. Nolan (WN-8091)
                        Attorneys for Defendant TRC Engineers, Inc.
                        One Commerce Plaza
                        Albany, New York  12260
                        (518) 487-7650

2

## CERTIFICATE OF SERVICE

I, Carrie L. Lalyer, hereby certify that a true and correct copy of Defendant TRC Engineers, Inc.'s Notice of Appearance was served this 15th day of May, 2008, via ECF upon the ECF participants.

/s/ Carrie L. Lalyer
———————————————————
Carrie L. Lalyer