Robert J. Cosgrove (RC 8917)
Cheryl D. Fuchs (CF 1116)
WADE CLARK MULCAHY
111 Broadway, 9th Floor
New York, New York 10006
(212) 267-1900
Attorneys for Defendants: New York University and
New York University Real Estate Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION          21 MC 103 (AKH)
                                            08 CV 2297 (AKH)
------------------------------------------------------------------------ X
WILSON OLIVO,

                                                      **FED. R. CIV. P. 7.1
                                                      STATEMENT**

                        Plaintiff,

-against-

NEW YORK UNIVERSITY

                        Defendants.
------------------------------------------------------------------------ X

      Pursuant to Rule 7.1 of the Local Civil Rules of the Southern District of New York and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for the defendant, certifies that NEW YORK UNIVERSITY is not publicly owned or traded.

Dated: New York, New York
      May 19, 2008                  WADE CLARK MULCAHY

                                                        /s/
                                                        _____
                                                        By: Robert J. Cosgrove (RC 8917)
                                                        Cheryl D. Fuchs (CF 1116)
                                                        Attorneys for NYU Defendants
                                                        111 Broadway, 9th Floor

New York, New York 10006
(212) 267-1900

STATE OF NEW YORK  )
COUNTY OF NEW YORK ) ss:

Sibil Miranda, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

That on April , 2008, deponent served the within **Fed. R. Civ. P. 7.1 Statement** upon the attorneys and parties listed below by United States prepaid mail:

TO:

| | |
|---|---|
| Gregory J. Cannata, Esq.<br>THE LAW FIRM OF GREGORY J. CANNATA<br>Plaintiffs's Liaison Counsel<br>233 Broadway<br>New York, NY 10279 | Robert Grochow, Esq.<br>ROBERT A. GROCHOW, P.C.<br>Plaintiffs's Liaison Counsel<br>233 Broadway<br>New York, NY 10279 |
| David Worby, Esq.<br>WORBY GRONER EDELMAN & NAPOLI BERN, LLP<br>Plaintiffs's Liaison Counsel<br>115 Broadway<br>New York, NY 10006 | James E. Tyrrell, Jr., Esq.<br>PATTON BOGGS LLP<br>Defendants' Liasion Counsel<br>The Legal Center<br>One Riverfront Plaza<br>Newark, NJ  07102 |
| Richard Williamson, Esq.<br>FLEMMING ZULACK WILLIAMSON ZAUDERER, LLP<br>Defendants' Liaison Counsel<br>One Liberty Plaza<br>New York, NY 10006 | WILSON ELSER, ET AL<br>Attorneys for Battery Park City Authority<br>3 Gannett Drive<br>White Plains, NY 10604 |
| ESCHEN, FRENKLE & WEISMAN, LLP<br>Attorneys for Lionshead Development, LLC<br>20 West Main Street<br>Bay Shore, NY 11706 | ESCHEN, FRENKLE & WEISMAN, LLP<br>Attorneys for Lionshead 110 Development, LLC<br>20 West Main Street<br>Bay Shore, NY 11706 |

DICKSTEIN SHAPIRO MORIN & OSHINSKY, LLP
2101 L. Street N.W.
Washington, DC 20037

/s/
_____
Sibil Miranda

Sworn to before me this
<sup>th</sup> day of April 2008

/s/
_____
Notary Public