x:\ATS52448\adoption

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendant ANN TAYLOR STORES CORPORATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------X
ZBIGNIEW SZYNKOWSKI AND EWA SZYNKOWSKA,

                              Plaintiff,

      -against-

ON SITE:
7 WORLD TRADE COMPANY, L.P., A RUSSO
WRECKING, INC., ET AL,

OFF SITE:
100 CHURCH, LLC, 160 WATER ST., INC., 160 WATER
STREET ASSOCIATES, 90 CHURCH STREET LIMITED
PARTNERSHIP, AIG REALTY, INC., ALAN KASMAN
DBA KASCO, AMBIENT GROUP, INC., ANN TAYLOR
STORES CORPORATION, ET AL,

                            Defendants.
-------------------------------------------------------------------X

**NOTICE OF ADOPTION**

**08 CIV 2308**

      PLEASE TAKE NOTICE that defendant, ANN TAYLOR STORES CORPORATION as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts ANN TAYLOR STORES CORPORATION's Answer to the Master Complaint dated August 8, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

To the extent that ANN TAYLOR STORES CORPORATION's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, ANN TAYLOR STORES CORPORATION denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

WHEREFORE, ANN TAYLOR STORES CORPORATION demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated:  New York, New York
        May 16, 2008

                        ROGER P. McTIERNAN, JR. (RPM 1680)
                        BARRY, McTIERNAN & MOORE
                        Attorneys for Defendant
                        ANN TAYLOR STORES CORPORATION
                        2 Rector Street – 14th Floor
                        New York, New York  10006
                        (212) 313-3600

To:

WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorneys for Plaintiffs
115 Broadway, 12th Floor
New York, New York  10006
(212) 267-3700