UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION                                                                                      21 MC 103
------------------------------------------------------------------------
ZBIGNIEW SZYNKOWSKI AND EWA SZYNKOWSKA,                      08CV02308

                            Plaintiffs,

   - against -

ON-SITE:

7 WORLD TRADE COMPANY, L.P.; A RUSSO WRECKING, INC.; ABM INDUSTRIES, INC.; ABM JANITORIAL NORTHEAST, INC.; AMEC CONSTRUCTION MANAGEMENT, INC.; AMEC EARTH & ENVORONMENTAL, INC.; ANTHONY CORTESE SPECIALIZED HAULING LLC; ATLANTIC HEYDT CORP.; BECHTEL ASSOCIATES PROFESSIONAL CORPORATION; BECHTEL CONSTRUCTION, INC.; BECHTEL CORPORATION; BECHTEL ENVIRONMENTAL, INC.; BERKEL & COMPANY, CONTRACTORS, INC.; BIG APPLE WRECKING & CONSTRUCTION CORP; BOVIS LEND LEASE LMB, INC.; BREEZE CARTING CORP.; BREEZE NATIONAL INC.; BRER-FOUR TRANSPORTATION CORP.; BURO HAPPOLD CONSULTING ENGINEERS, P.C; C.B. CONTRACTING CORP; CANRON CONSTRUCTION CORP.; CORD CONTRACTING CO., INC.; DAKOTA DEMO-TECH ; DIAMOND POINT EXCAVATING CORP; DIEGO CONSTRUCTION, INC.; DIVERSIFIED CARTING, INC.; DMT ENTERPRISE, INC. D'ONOFRIO GENERAL CONTRACTORS CORP.; EAGLE LEASING & INDUSTRIAL SUPPLY, INC.; EAGLE ONE ROOFING CONTRACTORS INC; EJ DAVIES, INC.; EN-TECH CORP.; EVERGREEN RECYCLING OF CORONA(EROC); EWELL W. FINLEY, P.C; EXECUTIVE MEDICAL SERVICES, P.C; FLEET TRUCKING, INC.; FRANCIS A. LEE EXTERIOR RESTORATION, INC.; FTI TRUCKING, INC.; GILSANZ, MURRAY, & STEFICEK, LLP, GOLDSTEIN ASSOCIATES CONSULTING ENGINEERS, PLLC; HALLEN WELDING SERVICE, INC.; H.P. ENVIRONMENTAL; KOCH SKANSKA INC; LAQUILA CONSTRUCTION INC.; LASTRADA GENERAL CONTRACTING CORP.; LESLIE E. ROBERTSON ASSOCIATES CONSULTING ENGIINEERS P.C; LIBERTY MUTUAL GROUP; LOCKWOOD, KESSLER & BARTLETT, INC.; LUCIUS PITKIN, INC; LZA TECH-DIV OF THORTON TOMASETTI; MANAFORT BROTHERS INCORPORATED; MAZZOCCHI WRECKING, INC; HUDSON MERIDIAN CONSTRUCTION GROUP, LLC F/K/A MERIDL\N CONSTRUCTION CORP.; MORETRENCH AMERICAN CORP.; MRA ENGINEERING, PC; MUESER RUTLEDGE CONSULTING ENGINEERS, INC; NACIREMA INDUSTRIES INCORPORATED; NEW YORK CRANE & EQUIPMENT CORP.; NICHOLSON CONSTRUCTION COMPANY; PETER SCALAMANDRE & SONS, INC.;

PINNACLE ENVIRONMENTAL CORP.;PLAZA CONSTRUCTION CORP.; PRO SAFETY SERVICES LLC; PT & L CONTRACTING
CORP.; ROBER SILMAN ASSOCIATES; ROBERT L. GEROSA, INC; RODAR ENTERPRISES, INC.; ROYAL GM, INC; SAB TRUCKING INC; SAFEWAY ENVIRONMENTAL CORP.; SEASONS INDUSTRIAL CONTRACTING; SEMCOR EQUIPMENT & MANUFACTURING CORP.; SILVERITE CONTRACTING CORPORATION; SIMPSON GUMPERTZ & HEGER INC; SKIDMORE, OWING & MERRILL LLP; SURVIVAIR; TISHMAN CONSTRUCTION CORPORATION OF MANHATTAN; TISHMAN CONSTRUCTION CORPORATION OF NEW YORK; TISHMAN INTERIORS CORPORATION; TISHMAN SPEYER PROPERTIES; THORTON-TOMASETTI GROUP, INC; TORRETTA TRUCKING, INC; TOTAL SAFETY CONSULTING, L.L.C; TUCCI EQUIPMENT RENTAL CORP.; TULLY CONSTRUCTION CO., INC; TURNER CONSTRUCTION COMPANY; ULTIMATE DEMOLITION/CS HAULING (JOINT VENTURE); VOLLMER ASSOCIATES LLP.; WEEKS MARINE, INC; WEIDLINGER ASSOCIATES, CONSULTING ENGINEERS, P.C; WHITNEY CONTRACTING INC.; WOLKOW-BRAKER ROOFING CORP.; WORLD TRADE CENTER PROPERTIES LLC; WSP CANTOR SEINUK; YANNUZZI & SONS, INC; YONKERS CONTRACTING COMPANY, INC.; YORK HUNTER CONSTRUCTION, LLC; ZIEGENFUSS DRILLING, INC,

OFF-SITE:

100 CHURCH, LLC, 160 WATER ST., INC, 160 WATER STREET ASSOCIATES, 90 CHURCH STREET LIMITED PARTNERSHIP, AIG REALTY, INC., ALAN KASMAN DBA KASCO, AMBIENT GROUP, INC, AMERICAN INTERNATIONAL GROUP, INC, AMERICAN INTERNATIONAL REALTY CORP., AMG REALTYPARTNERS, LP, ANN TAYLOR STORES CORPORATION, BANKERS TRUST COMPANY, BATTERY PARK CITY AUTHORITY, BELFOR USA GROUP, INC., BFP ONE LIBERTY PLAZA CO., LLC,, BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC D/B/A BMS CAT, BOARD OF MANAGERS OF THE HUDSON VIEWEAST CONDOMINIUM, BOSTON PROPERTIES, INC, BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS, LP, BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES HOLDINGS INC., BT PRIVATE CLIENTS CORP., CUNNINGHAM DUCT CLEANING CO., INC, DEUTSCHE BANK TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, DEUTSCHE BANK TRUST CORPORATION, ENVIROTECH CLEAN AIR, INC., G.L.O. MANAGEMENT, INC, GENERAL RE SERVICES CORP., GPS ENVIRONMENTAL CONSULTANTS, INC, HILLMAN ENVIRONMENTAL GROUP, LLC, HUDSON VIEW EAST CONDOMINIUM, HUDSON VIEW TOWERS ASSOCIATES, INDOOR ENVIRONMENTAL TECHNOLOGY, INC, JONES LANG LASALLE AMERICAS, INC, JONES LANG LASALLE SERVICES, INC., KASCO RESTORATION SERVICES CO., LAW ENGINEERING P.C, MERRILL LYNCH & CO, INC., NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC,

NEW LIBERTY PLAZA LP, NEW YORK CITY INDUSTRIAL DEVELOPMENT
AGENCY, NEW YORK CITY INDUSTRIAL DEVELOPMENT CORPORATION,
NEW YORK UNIVERSITY, NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC, ONE LIBERTY PLAZA, ONE
WALL STREET HOLDINGS, LLC, R Y MANAGEMENT CO., INC., ROYAL AND
SUNALLIANCE INSURANCE GROUP, PLC, RY MANAGEMENT,
STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC.,
THAMES REALTY CO, THE BANK OF NEW YORK COMPANY, INC., THE BANK
OF NEW YORK TRUST COMPANY NA, THE BOARD OF MANAGERS OF
THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO #1178), THE ONE
LIBERTY PLAZA CONDOMINIUM (CONDO #1178), TISHMAN INTERIORS
CORPORATION, TOSCORP INC., TRC ENGINEERS, INC., TUCKER ANTHONY,
INC., TULLY CONSTRUCTION CO., INC., TULLY INDUSTRIES, INC, WESTON
SOLUTIONS, INC., WFP ONE LIBERTY PLAZA CO., L.P., WFP ONE LIBERTY
PLAZA, CO. GP, CORP., WFP TOWER A CO., WFP TOWER A CO. G.P. CORP.,
WFP TOWER A. CO., L.P., WFP TOWER B CO. G.P. CORP., WFP TOWER B
HOLDING CO., LP, WFP TOWER B. CO., L.P., WORLD FINANCIAL PROPERTIES,
L.P., AND ZAR REALTY MANAGEMENT CORP., ET AL

              Defendants.

------------------------------------------------------------------------------------------------x

### ENVIROTECH CLEAN AIR'S ANSWER TO CHECK OFF COMPLAINTS RELATED TO THE MASTER COMPLAINTS

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaints filed in the 21 MC 100 and 21 MC 102 actions, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
June 6, 2008

        Yours, etc.

        FRIEDMAN, HARFENIST, LANGER & KRAUT
        Attorneys for Defendant –Envirotech
        3000 Marcus Avenue, Suite 2E1
        Lake Success, New York 11042
        (516) 775-5800

BY: _____
        Heather L. Smar (4622)