Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
160 WATER STREET ASSOCIATES, INC.
and G.L.O. MANAGEMENT, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X   21 MC 103 (AKH)

ZBIGNIEW SZYNKOWSKI (AND WIFE,   Index No.: 08-CV-2308
EWA SZYNKOWSKI)

                                               **NOTICE OF ADOPTION OF ANSWER**
                Plaintiff(s),          **TO MASTER COMPLAINT**

  -against-                           **ELECTRONICALLY FILED**

160 WATER ST., INC., *et al.*,

                Defendant(s).
------------------------------------------------------X

     PLEASE TAKE NOTICE that Defendants, 160 WATER STREET ASSOCIATES, INC. and G.L.O. MANAGEMENT, INC., by their attorneys, McGIVNEY & KLUGER, P.C., as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 103 (AKH).

WHEREFORE, the Defendants, 160 WATER STREET ASSOCIATES, INC. and G.L.O. MANAGEMENT, INC., demand judgment dismissing the above-captioned action as against

them, together with costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      May 23, 2008

                              Yours etc.,

                              McGIVNEY & KLUGER, P.C.
                              Attorneys for Defendants
                              160 WATER STREET ASSOCIATES, INC. and
                              G.L.O. MANAGEMENT, INC.

                              By: _____
                              Richard E. Leff (RL-2123)
                              80 Broad Street, 23rd Floor
                              New York, New York 10004
                              (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
         Plaintiffs Liaison
         In Re Lower Manhattan Disaster Site
         Litigation
         115 Broadway, 12th Floor
         New York, New York 10006
         (212) 267-3700

         All Defense Counsel