Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
AMG REALTY PARTNERS, LP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X    21 MC 103 (AKH)

ZBIGNIEW SZYNKOWSKI (AND WIFE,              Index No.: 08-CV-2308
EWA SZYNKOWSKA),

                                Plaintiff(s),       **NOTICE OF ADOPTION OF ANSWER
                                                    TO MASTER COMPLAINT**

            -against-                               **ELECTRONICALLY FILED**

100 CHURCH, LLC, *et al.*,

                                Defendant(s).
-------------------------------------------------------X


        PLEASE TAKE NOTICE that Defendant, AMG REALTY PARTNERS, LP, by its

attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in

the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the

above-referenced action, hereby adopts its Answer to Master Complaint dated August 1, 2007,

which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site

Litigation*, 21 MC 103 (AKH).

WHEREFORE, the Defendant, AMG REALTY PARTNERS, LP, demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      July 14, 2008

Yours etc.,

McGIVNEY & KLUGER, P.C.
Attorneys for Defendant
AMG REALTY PARTNERS, LP

By: _____
    Richard E. Leff (RL-2123)
    80 Broad Street, 23rd Floor
    New York, New York 10004
    (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
       Plaintiffs Liaison
       In Re Lower Manhattan Disaster Site
       Litigation
       115 Broadway, 12th Floor
       New York, New York 10006
       (212) 267-3700

       All Defense Counsel